# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISON

| | | |
|---|---|---|
| In re<br>Lachanta Kanane Barnes, | ) | Chapter 13 |
| | ) | |
| | ) | Case Number. 2:26-bk-12886 |
| | ) | |
| Debtor(s) | ) | Judge Derek J Baker |
| | ) | |

## REQUEST OF ATLAS ACQUISITIONS
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, on behalf of  UHG I LLC a creditor

in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal

Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b)

of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the

Bankruptcy Code), that all notices given or required to be given and all papers served or

required to be served in this case be also given to and served, whether electronically or

otherwise, on:

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Attn: Avi Schild
Telephone: (888) 762-9889
Facsimile: (201) 546-9377
E-mail: bk@atlasacq.com

Dated: 07/21/2026

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
President
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
(888) 762-9889
bk@atlasacq.com

Assignee Creditor: Mid America Bank and Trust [Last four digits of account: 5699]