**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                          Case No. 26-12886-djb

      Lachanta Kanane Barnes,                      Chapter 13

                    Debtor.

**Order Extending Time to File Schedules, Statements, and Other Documents**

     **AND NOW**, upon consideration of the *Motion to Extend Time to File Schedules, Statements, and Other Documents* filed by Debtor Lachanta Kanane Barnes, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 on or before Wednesday, August 5, 2026.

Date: _____                    _____

                                        Derek J. Baker
                                        U.S. Bankruptcy Judge