# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                          Case No. 26-12886-djb

      Lachanta Kanane Barnes,                        Chapter 13

                Debtor.

**Order Extending Time to File Schedules, Statements, and Other Documents**

      **AND NOW**, upon consideration of the *Motion to Extend Time to File Schedules, Statements, and Other Documents* filed by Debtor Lachanta Kanane Barnes, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 on or before Wednesday, August 5, 2026.

Date:  **July 22, 2026**

                                   Derek J. Baker
                                   U.S. Bankruptcy Judge