United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 26-12886-djb

            Lachanta Kanane Barnes,                  Chapter 13

                        Debtor.

**Debtor's Second Motion to Extend Time
to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Lachanta Kanane Barnes, through her attorney, moves for the entry

of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); Fed. R. Bankr.

P. 1007(a)(5), 1007(c)(7), and 9006(b)(1); and Local Bankr. R. 9014-2(a)(4) and (a)(14).

1.      The Debtor initiated this case by voluntarily petitioning for relief under chapter 13

on July 8, 2026.

2.      This case was filed in an emergency to prevent termination of utility service and

repossession of a vehicle.

3.      Because this case was filed on an emergent basis, the schedules, statements, and

other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules")

were not filed with the petition because the Debtor did not have adequate time to gather the

documents and information necessary for her attorney to prepare them.

4.      The Court originally ordered that the Schedules be filed on or before Wednesday,

July 22, 2026.

5.      However, by that time, the Debtor had not yet provided to her attorney all

documents and information necessary to prepare the Schedules and needed additional time to do

so.

6.     Upon request of the Debtor, the Court extended the deadline to Wednesday, August 5, 2026.

7.     The Debtor has since provided the necessary documents and information necessary documents, but her attorney needs additional time to prepare the Schedules with requisite diligence.

8.     Accordingly, the Debtor requests that the Court extend the deadline through and including Wednesday, August 19, 2026.

9.     The Debtor does not anticipate a need for further extensions and will strive to file the Schedules prior to the extended deadline.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: August 5, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: _____
     Michael I. Assad (#330937)
     923 Haddonfield Road, Suite 336
     Cherry Hill, NJ 08002
     609-808-3300
     mike@assad.law

### Certification of Service

I certify that on this date I caused this motion to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: August 5, 2026          _____
                              Michael I. Assad

2