## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Lachanta Kanane Barnes,

Debtor.

Case No. 26-12886-djb

Chapter 13

### Order Extending Time to File Schedules, Statements, and Other Documents

**AND NOW**, upon consideration of the *Second Motion to Extend Time to File Schedules, Statements, and Other Documents* filed by Debtor Lachanta Kanane Barnes, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 on or before Wednesday, August 19, 2026.

3.    There will be no further extensions.

Date: _____

_____
Derek J. Baker
U.S. Bankruptcy Judge