**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Lachanta Barnes
Case No : 26-12886
Chapter : 13
Petition Date : 07/08/2026
Period : 05/09/2026 through 07/08/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 07/03/2026 | Testament Homehealthcare Se… | $364.00 | $246.98 |
| 3 | 07/02/2026 | Excel Companion Care LLC | $504.00 | $429.72 |
| 4 | 07/01/2026 | Roberta M Host Dmd | $1,133.92 | $914.84 |
| 5 | 06/26/2026 | Testament Homehealthcare Se… | $364.00 | $246.99 |
| 6 | 06/18/2026 | Testament Homehealthcare Se… | $364.00 | $246.98 |
| 7 | 06/17/2026 | Roberta M Host Dmd | $1,235.00 | $689.09 |
| 8 | 06/12/2026 | Testament Homehealthcare Se… | $364.00 | $246.99 |
| 9 | 06/05/2026 | Testament Homehealthcare Se… | $390.00 | $264.74 |
| 10 | 06/03/2026 | Roberta M Host Dmd | $906.80 | $744.19 |
| 11 | 05/29/2026 | Testament Homehealthcare Se… | $364.00 | $246.97 |
| 12 | 05/22/2026 | Testament Homehealthcare Se… | $364.00 | $246.99 |
| 13 | 05/20/2026 | Roberta M Host Dmd | $1,233.10 | $735.21 |
| 14 | 05/15/2026 | Testament Homehealthcare Se… | $364.00 | $246.98 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1716849 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

Period Starting: 06/20/2026
Period Ending: 06/26/2026
Pay Date: 07/03/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

**Lachanta K Barnes**
**730 Pennell St**
**Chester, PA 19013**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 9568.00 |
| Holiday | | | 0.00 | 182.00 |
| **Gross Pay** | | | **$364.00** | $9,750.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 54.77 |
| Social Security | -22.04 | 592.32 |
| Medicare | -5.16 | 138.53 |
| Pennsylvania State Income | -10.91 | 293.23 |
| Pennsylvania State UI | -0.25 | 6.82 |
| Concord T Local Income | -13.33 | 358.26 |
| Concord Twp Local Services | -1.00 | 27.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 729.82 |
| *Medical pre-tax 1 | -6.92 | 159.16 |
| *Vision pre-tax | -1.62 | 37.26 |
| State tax levy 1 | -25.00 | 675.00 |
| **Net Pay** | **$246.98** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 736.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.98 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 07/03/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.98 |

THIS IS NOT A CHECK

Help at Home
Care to Live Your Life.

33 South State St. Ste 500, Chicago, IL 60603 payroll@helpathome.com

| Prior Payroll ID | Employee Address | Office | Office State |
|---|---|---|---|
| | 730 Pennell St<br>Chester, PA 19013 | 501 | Pennsylvania |

| Name | Company | Workday ID | Pay Period Begin | Pay Period End | Check Date |
|---|---|---|---|---|---|
| Lachanta Barnes | Excel Companion Care LLC | 50119613 | 06/22/2026 | 06/28/2026 | 07/02/2026 |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 36 | | | 74.28 | | 429.72 |
| YTD | 36 | | | 74.28 | | |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 06/22/2026 - 06/28/2026 | 36.00 | 14.00 | 504.00 | 36.00 | 504.00 |
| Earnings Total | | | | 504.00 | | 504.00 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Pre Tax Deductions Total | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

**Payment Delivery**

| Payment Method | Bank Name | Account Number | Amount |
|---|---|---|---|
| Direct Deposit | 8529763477 | ******3477 | 429.72 |

REMINDER: If your client is UNAVAILABLE for any reason; hospitalization, emergency room visit, family vacation, etc. You are not able to submit scheduled hours. PLEASE notify your local office immediately.

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 31.25 | 31.25 |
| Medicare | 7.31 | 7.31 |
| State Tax - PA | 15.47 | 15.47 |
| Horsham Twp (Pennsylvania:Montgomery) | 18.90 | 18.90 |
| PA LST - HRSHM | 1.00 | 1.00 |
| SUI-Employee Paid - PA | 0.35 | 0.35 |
| Employee Taxes Total | 74.28 | 74.28 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Post Tax Deductions Total | | |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 504.00 | 504.00 |
| Medicare - Taxable Wages | 504.00 | 504.00 |
| Federal Withholding - Taxable Wages | 504.00 | 504.00 |
| State Tax Taxable Wages - PA | 504.00 | 504.00 |
| City Tax Taxable Wages - HRSHM | 504.00 | 504.00 |
| SUI - Taxable Wages - PA | 504.00 | |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 1.029 | 0 | 1.029 |

primepay

Roberta M Host Dmd
263 N LANSDOWNE AVENUE
LANSDOWNE, PA 19050
(610) 622-1871

| Personal Information | | |
|---|---|---|
| LACHANTA BARNES<br>730 Pennell Street<br>Chester, PA 19013 | **Identification No.** | 11010025AT00001 |
| | **Clock ID** | S00002 |
| | **Department** | 000100 - STAFF |
| | **Key** | D6C1-D9C5-D4E8-EA11 |

| Payroll Statement | | | | | |
|---|---|---|---|---|---|
| **Gross Pay** | **1,133.92** | **Filing Status** | Federal: S<br>State: N/A | **Multiple Jobs or Spouse Works** | Federal: N<br>State: |
| **Net Pay** | **914.84** | | | | |
| **Check Number** | 135 | **Claim Dependents/ Credits** | Federal: 0.00<br>State: 0 | **Other Income** | Federal: 0.00<br>State: |
| **Pay Period Start** | 06/15/2026 | | | | |
| **Pay Period End** | 06/28/2026 | **Deductions** | Federal: 0.00<br>State: | **Extra Withholding** | Federal:<br>State: |
| **Pay Date** | 07/01/2026 | | | | |

**Earnings**

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR | 59.68 | 19.00 | 1,133.92 | 13,392.91 |
| | **Total Hours: 59.68** | | **Gross Pay: 1,133.92** | **13,992.91** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| FIT | 52.22 | 607.02 |
| SS | 70.30 | 867.54 |
| MED | 16.44 | 202.91 |
| PA | 34.81 | 429.59 |
| PAEEEUC | .79 | 9.78 |
| PAEI230101 | 42.52 | 524.73 |
| PALS230101 | 2.00 | 26.00 |

**Deductions**

| Description | Current | YTD |
|---|---|---|
| AD-ADVANCE | .00 | 1,875.00 |
| G2-GARNISH2 | .00 | 939.64 |
| G2F-GARN 2 FEE | .00 | 21.43 |
| | **Net Pay: 914.84** | **8,489.27** |

**Direct Deposit**

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxxxx3493 | 914.84 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1698163 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

Period Starting: 06/13/2026
Period Ending: 06/19/2026
Pay Date: 06/26/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

**Lachanta K Barnes**
**730 Pennell St**
**Chester, PA 19013**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 9204.00 |
| Holiday | | | 0.00 | 182.00 |
| **Gross Pay** | | | **$364.00** | $9,386.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 53.10 |
| Social Security | -22.04 | 570.28 |
| Medicare | -5.15 | 133.37 |
| Pennsylvania State Income | -10.91 | 282.32 |
| Pennsylvania State UI | -0.25 | 6.57 |
| Concord T Local Income | -13.33 | 344.93 |
| Concord Twp Local Services | -1.00 | 26.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 700.70 |
| *Medical pre-tax 1 | -6.92 | 152.24 |
| *Vision pre-tax | -1.62 | 35.64 |
| State tax levy 1 | -25.00 | 650.00 |
| **Net Pay** | **$246.99** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 708.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.99 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 06/26/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.99 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1674484 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

ADP

Period Starting: 06/06/2026
Period Ending: 06/12/2026
Pay Date: 06/18/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

Lachanta K Barnes
730 Pennell St
Chester, PA 19013

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 8840.00 |
| Holiday | | | 0.00 | 182.00 |
| **Gross Pay** | | | **$364.00** | $9,022.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 51.43 |
| Social Security | -22.03 | 548.24 |
| Medicare | -5.16 | 128.22 |
| Pennsylvania State Income | -10.91 | 271.41 |
| Pennsylvania State UI | -0.26 | 6.32 |
| Concord T Local Income | -13.33 | 331.60 |
| Concord Twp Local Services | -1.00 | 25.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 671.58 |
| *Medical pre-tax 1 | -6.92 | 145.32 |
| *Vision pre-tax | -1.62 | 34.02 |
| State tax levy 1 | -25.00 | 625.00 |
| **Net Pay** | **$246.98** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 680.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.98 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 06/18/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.98 |

THIS IS NOT A CHECK

Roberta M Host Dmd
263 N LANSDOWNE AVENUE
LANSDOWNE, PA 19050
(610) 622-1871

| Personal Information | | |
|---|---|---|
| LACHANTA BARNES<br>730 Pennell Street<br>Chester, PA 19013 | **Identification No.** | 11010025AT00001 |
| | **Clock ID** | S00002 |
| | **Department** | 000100 - STAFF |
| | **Key** | D6C1-D9C5-D4E8-EA11 |

**Payroll Statement**

| | | | | | |
|---|---|---|---|---|---|
| **Gross Pay** | **1,235.00** | **Filing Status** | Federal: S<br>State: N/A | **Multiple Jobs or Spouse Works** | Federal: N<br>State: |
| **Net Pay** | **689.09** | | | | |
| **Check Number** | 134 | **Claim Dependents/ Credits** | Federal: 0.00<br>State: 0 | **Other Income** | Federal: 0.00<br>State: |
| **Pay Period Start** | 06/01/2026 | | | | |
| **Pay Period End** | 06/14/2026 | **Deductions** | Federal: 0.00<br>State: | **Extra Withholding** | Federal:<br>State: |
| **Pay Date** | 06/17/2026 | | | | |

**Earnings**

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR | 65.00 | 19.00 | 1,235.00 | 12,258.99 |
| | **Total Hours: 65.00** | | **Gross Pay: 1,235.00** | **12,858.99** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| FIT | 64.35 | 554.80 |
| SS | 76.57 | 797.24 |
| MED | 17.91 | 186.47 |
| PA | 37.91 | 394.78 |
| PAEEEUC | .86 | 8.99 |
| PAEI230101 | 46.31 | 482.21 |
| PALS230101 | 2.00 | 24.00 |

**Deductions**

| Description | Current | YTD |
|---|---|---|
| AD-ADVANCE | 300.00 | 1,875.00 |
| G2-GARNISH2 | .00 | 939.64 |
| G2F-GARN 2 FEE | .00 | 21.43 |
| | **Net Pay: 689.09** | **7,574.43** |

**Direct Deposit**

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxxxx3493 | 689.09 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1654170 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

ADP

Period Starting: 05/30/2026
Period Ending: 06/05/2026
Pay Date: 06/12/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

Lachanta K Barnes
730 Pennell St
Chester, PA 19013

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 8476.00 |
| Holiday | | | 0.00 | 182.00 |
| **Gross Pay** | | | **$364.00** | $8,658.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 49.76 |
| Social Security | -22.04 | 526.21 |
| Medicare | -5.15 | 123.06 |
| Pennsylvania State Income | -10.91 | 260.50 |
| Pennsylvania State UI | -0.25 | 6.06 |
| Concord T Local Income | -13.33 | 318.27 |
| Concord Twp Local Services | -1.00 | 24.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 642.46 |
| *Medical pre-tax 1 | -6.92 | 138.40 |
| *Vision pre-tax | -1.62 | 32.40 |
| State tax levy 1 | -25.00 | 600.00 |
| **Net Pay** | **$246.99** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 652.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.99 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 06/12/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.99 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
| --- | --- | --- | --- |
| LD / TR7 29477607 | 01/0943 | 1633471 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

Period Starting: 05/23/2026
Period Ending: 05/29/2026
Pay Date: 06/05/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

Lachanta K Barnes
730 Pennell St
Chester, PA 19013

| Earnings | rate | hours/units | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 13.0000 | 24.00 | 312.00 | 8112.00 |
| Holiday | 19.5000 | 4.00 | 78.00 | 182.00 |
| **Gross Pay** | | | **$390.00** | $8,294.00 |

| Statutory Deductions | this period | year to date |
| --- | --- | --- |
| Federal Income | -4.06 | 48.09 |
| Social Security | -23.65 | 504.17 |
| Medicare | -5.53 | 117.91 |
| Pennsylvania State Income | -11.71 | 249.59 |
| Pennsylvania State UI | -0.27 | 5.81 |
| Concord T Local Income | -14.30 | 304.94 |
| Concord Twp Local Services | -1.00 | 23.00 |

| Voluntary Deductions | this period | year to date |
| --- | --- | --- |
| *401(k) | -31.20 | 613.34 |
| *Medical pre-tax 1 | -6.92 | 131.48 |
| *Vision pre-tax | -1.62 | 30.78 |
| State tax levy 1 | -25.00 | 575.00 |
| **Net Pay** | **$264.74** | |

| Other Benefits and Information | this period | year to date |
| --- | --- | --- |
| Total Hours Worked | 24.00 | 624.00 |

Deposits

| account number | transit/ABA | amount |
| --- | --- | --- |
| XXXXXX3493 | XXXXXXXXX | 264.74 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $350.26
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 06/05/2026

| Deposited to the account | account number | transit/ABA | amount |
| --- | --- | --- | --- |
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 264.74 |

THIS IS NOT A CHECK

CoAd. PAY
A CoAd Affiliate

Roberta M Host Dmd
263 N LANSDOWNE AVENUE
LANSDOWNE, PA 19050
(610) 622-1871

| Personal Information | | |
|---|---|---|
| LACHANTA BARNES<br>730 Pennell Street<br>Chester, PA 19013 | **Identification No.** | 11010025AT00001 |
| | **Clock ID** | S00002 |
| | **Department** | 000100 - STAFF |
| | **Key** | D6C1-D9C5-D4E8-EA11 |

| Payroll Statement | | | | | |
|---|---|---|---|---|---|
| **Gross Pay** | **906.80** | **Filing Status** | Federal: S<br>State: N/A | **Multiple Jobs or Spouse Works** | Federal: N<br>State: |
| **Net Pay** | **744.19** | | | | |
| **Check Number** | 133 | **Claim Dependents/ Credits** | Federal: 0.00<br>State: 0 | **Other Income** | Federal: 0.00<br>State: |
| **Pay Period Start** | 05/18/2026 | | | | |
| **Pay Period End** | 05/31/2026 | **Deductions** | Federal: 0.00<br>State: | **Extra Withholding** | Federal:<br>State: |
| **Pay Date** | 06/03/2026 | | | | |

**Earnings**

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR | 37.20 | 19.00 | 706.80 | 11,023.99 |
| 19-BONUS | .00 | 19.00 | 200.00 | 600.00 |
| | **Total Hours: 37.20** | | **Gross Pay: 906.80** | **11,623.99** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| FIT | 28.76 | 490.45 |
| SS | 56.22 | 720.67 |
| MED | 13.15 | 168.56 |
| PA | 27.84 | 356.87 |
| PAEEEUC | .63 | 8.13 |
| PAEI230101 | 34.01 | 435.90 |
| PALS230101 | 2.00 | 22.00 |

**Deductions**

| Description | Current | YTD |
|---|---|---|
| AD-ADVANCE | .00 | 1,575.00 |
| G2-GARNISH2 | .00 | 939.64 |
| G2F-GARN 2 FEE | .00 | 21.43 |
| | **Net Pay: 744.19** | **6,885.34** |

**Direct Deposit**

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxxxx3493 | 744.19 |

To view your pay statement online, visit www.coad.com > Client Login
You will need to provide your username and password.

© 2019 CoAd Pay All Rights Reserved.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1609792 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

Period Starting: 05/16/2026
Period Ending: 05/22/2026
Pay Date: 05/29/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

**Lachanta K Barnes**
**730 Pennell St**
**Chester, PA 19013**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 7800.00 |
| Holiday | | | 0.00 | 104.00 |
| **Gross Pay** | | | **$364.00** | $7,904.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 44.03 |
| Social Security | -22.04 | 480.52 |
| Medicare | -5.16 | 112.38 |
| Pennsylvania State Income | -10.91 | 237.88 |
| Pennsylvania State UI | -0.26 | 5.54 |
| Concord T Local Income | -13.33 | 290.64 |
| Concord Twp Local Services | -1.00 | 22.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 582.14 |
| *Medical pre-tax 1 | -6.92 | 124.56 |
| *Vision pre-tax | -1.62 | 29.16 |
| State tax levy 1 | -25.00 | 550.00 |
| **Net Pay** | **$246.97** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 600.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.97 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 05/29/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.97 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1592067 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

Period Starting: 05/09/2026
Period Ending: 05/15/2026
Pay Date: 05/22/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

Lachanta K Barnes
730 Pennell St
Chester, PA 19013

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 7436.00 |
| Holiday | | | 0.00 | 104.00 |
| **Gross Pay** | | | **$364.00** | $7,540.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 42.36 |
| Social Security | -22.04 | 458.48 |
| Medicare | -5.15 | 107.22 |
| Pennsylvania State Income | -10.91 | 226.97 |
| Pennsylvania State UI | -0.25 | 5.28 |
| Concord T Local Income | -13.33 | 277.31 |
| Concord Twp Local Services | -1.00 | 21.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 553.02 |
| *Medical pre-tax 1 | -6.92 | 117.64 |
| *Vision pre-tax | -1.62 | 27.54 |
| State tax levy 1 | -25.00 | 525.00 |
| **Net Pay** | **$246.99** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 572.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.99 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 05/22/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.99 |

THIS IS NOT A CHECK

CoAd. PAY
A CoAd Affiliate

Roberta M Host Dmd
263 N LANSDOWNE AVENUE
LANSDOWNE, PA 19050
(610) 622-1871

| Personal Information | | |
|---|---|---|
| LACHANTA BARNES<br>730 Pennell Street<br>Chester, PA 19013 | **Identification No.** | 11010025AT00001 |
| | **Clock ID** | S00002 |
| | **Department** | 000100 - STAFF |
| | **Key** | D6C1-D9C5-D4E8-EA11 |

| Payroll Statement | | | | | |
|---|---|---|---|---|---|
| **Gross Pay** | **1,233.10** | **Filing Status** | Federal: S<br>State: N/A | **Multiple Jobs or Spouse Works** | Federal: N<br>State: |
| **Net Pay** | **735.21** | | | | |
| **Check Number** | 132 | **Claim Dependents/ Credits** | Federal: 0.00<br>State: 0 | **Other Income** | Federal: 0.00<br>State: |
| **Pay Period Start** | 05/04/2026 | | | | |
| **Pay Period End** | 05/17/2026 | **Deductions** | Federal: 0.00<br>State: | **Extra Withholding** | Federal:<br>State: |
| **Pay Date** | 05/20/2026 | | | | |

**Earnings**

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR | 64.90 | 19.00 | 1,233.10 | 10,317.19 |
| | **Total Hours: 64.90** | | **Gross Pay: 1,233.10** | **10,717.19** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| FIT | 64.13 | 461.69 |
| SS | 76.45 | 664.45 |
| MED | 17.88 | 155.41 |
| PA | 37.86 | 329.03 |
| PAEEEUC | .86 | 7.50 |
| PAEI230101 | 46.24 | 401.89 |
| PALS230101 | 2.00 | 20.00 |

**Deductions**

| Description | Current | YTD |
|---|---|---|
| AD-ADVANCE | 250.00 | 1,575.00 |
| G2-GARNISH2 | .00 | 939.64 |
| G2F-GARN 2 FEE | 2.47 | 21.43 |
| | **Net Pay: 735.21** | **6,141.15** |

**Direct Deposit**

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxxxx3493 | 735.21 |

To view your pay statement online, visit www.coad.com > Client Login
You will need to provide your username and password.

© 2019 CoAd Pay All Rights Reserved.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / TR7 29477607 | 01/0943 | 1568550 | 1 of 1 |

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

# Earnings Statement

Period Starting: 05/02/2026
Period Ending: 05/08/2026
Pay Date: 05/15/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

Lachanta K Barnes
730 Pennell St
Chester, PA 19013

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 28.00 | 364.00 | 7072.00 |
| Holiday | | | 0.00 | 104.00 |
| **Gross Pay** | | | **$364.00** | $7,176.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.67 | 40.69 |
| Social Security | -22.04 | 436.44 |
| Medicare | -5.15 | 102.07 |
| Pennsylvania State Income | -10.91 | 216.06 |
| Pennsylvania State UI | -0.26 | 5.03 |
| Concord T Local Income | -13.33 | 263.98 |
| Concord Twp Local Services | -1.00 | 20.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) | -29.12 | 523.90 |
| *Medical pre-tax 1 | -6.92 | 110.72 |
| *Vision pre-tax | -1.62 | 25.92 |
| State tax levy 1 | -25.00 | 500.00 |
| **Net Pay** | **$246.98** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 544.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3493 | XXXXXXXXX | 246.98 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $326.34
* Excluded from Federal taxable wages

Testament Homehealthcare Services
225 Wilmington W Chester Pike
Suite 200
Chadds Ford, PA 19317-9011

**Pay Date:** 05/15/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3493 | XXXXXXXXX | 246.98 |

THIS IS NOT A CHECK