Darrell Showell
509 Tilghman St
Chester, PA 19013-3324

T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410