UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LACHANTA KANANE BARNES

CASE NO: 26-12886-djb

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 8/18/2026, I did cause a copy of the following documents, described below,

Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/18/2026

/s/ Michael I. Assad
Michael I. Assad 330937
Attorney at Law
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LACHANTA KANANE BARNES

CASE NO: 26-12886-djb

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/18/2026, a copy of the following documents, described below,

Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/18/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-12886-DJB
EASTERN DISTRICT OF PENNSYLVANIA
TUE AUG 18 7-43-3 PST 2026

(P)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

~~EXCLUDE~~

~~PHILADELPHIA~~
~~900 MARKET STREET~~
~~SUITE 400~~
~~PHILADELPHIA PA 19107-4233~~

ADVANCE AMERICA CASH ADVANCE CENTERS OF OHIO
ATTN BANKRUPTCY
322 RHETT ST
GREENVILLE SC 29601-2532

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108-2716

AMERICAN CREDIT ACCEPTANCE LLC
ATTN BANKRUPTCY
961 E MAIN ST
SPARTANBURG SC 29302-2149

~~EXCLUDE~~

~~(D)(P)ATLAS ACQUISITIONS LCC~~
~~492C CEDAR LANE SUITE 442~~
~~TEANECK NJ 07666-1713~~

~~EXCLUDE~~

~~(D)(P)ATLAS ACQUISITIONS LCC~~
~~492C CEDAR LANE SUITE 442~~
~~TEANECK NJ 07666-1713~~

CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
ATTN BANKRUPTCY
PO BOX 41819
PHILADELPHIA PA 19101-1819

CELTIC BANK
ATTN BANKRUPTCY
268 S STATE ST STE 300
SALT LAKE CITY UT 84111-5314

CHESTER WATER AUTHORITY
ATTN BANKRUPTCY
415 WELSH ST
CHESTER PA 19013-4595

CHESTER WATER AUTHORITY
PO BOX 467
CHESTER PA 19016-0467

CHEX SYSTEMS INC
ATTN BANKRUPTCY
PO BOX 58339 PO BOX 583399
MINNEAPOLIS MN 55458-3399

COMCAST
ATTN BANKRUPTCY
1701 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19103-2899

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
DEPARTMENT 280946
HARRISBURG PA 17128-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
ATTN BANKRUPTCY
15TH FLOOR STRAWBERRY SQUARE
HARRISBURG PA 17120-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
ATTN BANKRUPTCY
30 N 3RD ST STE 200
HARRISBURG PA 17101-1715

CONCORDA CREDIT INC
ATTN BANKRUPTCY
14600 NW GREENBRIER PKWY
BEAVERTON OR 97006-5745

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 S CIMARRON RD
LAS VEGAS NV 89113-2273

DARRELL SHOWELL
509 TILGHMAN ST
CHESTER PA 19013-3324

INTERCOASTAL FINANCIAL LLC
7954 TRANSIT RD 136X
WILLIAMSVILLE NY 14221-4117

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL LLC
ATTN BANKRUPTCY
200 14TH AVE E
SARTELL MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
ATTN BANKRUPTCY
355 S MAIN ST
GREENVILLE SC 29601-2923

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
350 CAMINO DE LA REINA STE 100
SAN DIEGO CA 92108-3007

MINUTE LOAN CENTER
ATTN BANKRUPTCY
4445 CORPORATION LN STE 152
VIRGINIA BEACH VA 23462-3262

NELNET
ATTN BANKRUPTCY
121 S 13TH ST STE 201
LINCOLN NE 68508-1922

PA EZPASS
ATTN BANKRUPTCY
300 E PARK DR
HARRISBURG PA 17111-2729

PECO ENERGY CO
ATTN BANKRUPTCY
2301 MARKET ST S14-1
PHILADELPHIA PA 19103-1380

PATIENT CARE NOW URGENT CARE
ATTN BANKRUPTCY
541 S OXFORD VALLEY RD
FAIRLESS HILLS PA 19030-2612

(P)PENN CREDIT CORPORATION
PO BOX 69703
HARRISBURG PA 17106-9703

PHILADELPHIA PARKING AUTHORITY
BANKRUPTCY DEPT
701 MARKET ST SUITE 5400
PHILADELPHIA PA 19106-1558

RESURGENT CAPITAL SERVICES LLC
ATTN BANKRUPTCY
55 BEATTIE PL STE 110
GREENVILLE SC 29601-5115

SOUTHWEST CREDIT SYSTEMS
ATTN BANKRUPTCY
4120 INTERNATIONAL PKWY STE 1100
CARROLLTON TX 75007-1958

(P)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEM LLC~~
~~MAILROOM~~
~~200 14TH AVE E~~
~~SARTELL MN 56377-4500~~

THE BANK OF MISSOURI
ATTN BANKRUPTCY
916 N KINGS HWY
PERRYVILLE MO 63775-1204

TOYOTA FINANCIAL SERVICES
ATTN BANKRUPTCY
PO BOX 22171
TEMPE AZ 85285-2171

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

TRINITY HEALTH INTEGRATED CARE
ATTN BANKRUPTCY
20555 VICTOR PKWY
LIVONIA MI 48152-7031

US DEPARTMENT OF EDUCATION
GENERAL COUNSEL
400 MARYLAND AVE SW
WASHINGTON DC 20202-0001

US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN NE 68508-1911

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA PA 19107-4202

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR 550
SAINT CHARLES MO 63304-2225

KENNETH E WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTE
190 N INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA PA 19106-1552

DEBTOR

LACHANTA KANANE BARNES
730 PENNELL STREET
CHESTER PA 19013-3312

MICHAEL I ASSAD
LAW OFFICE OF MIKE ASSAD PC
923 HADDONFIELD ROAD
SUITE 336
CHERRY HILL NJ 08002-2752