# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12886-djb |
| Lachanta Kanane Barnes, | Chapter 13 |
| Debtor. | |

## Debtor's Declaration in Support of Chapter 13 Plan

I, Lachanta Kanane Barnes, hereby declare as follows:

1. I am I am the Debtor in this Chapter 13 case, which I filed on July 8, 2026 (the "Petition Date").

2. I make this Declaration from personal knowledge, except where stated on information and belief, and am competent to testify to the facts stated here.

3. I own a 2022 Toyota Corolla SE Sedan 4D, VIN JTDP4MCE3N3502234 (the "Vehicle").

4. I purchased the Vehicle on or about January 26, 2022, financed through Toyota Motor Credit Corporation, which holds a lien on the title.

5. I acquired the Vehicle for my personal and household use, and I have been its primary driver since I purchased it.

6. In addition to my personal and family transportation, I have also used the Vehicle to drive for rideshare services.

7. On July 8, 2026, the Petition Date, I personally read the Vehicle's odometer, which showed approximately 104,000 miles.

8. Because I drive the Vehicle regularly and pay for its upkeep, I am familiar with its equipment, appearance, and mechanical condition.

9. The Vehicle has normal wear and tear to its exterior, interior, and mechanical components consistent with its age, its mileage, and its use for rideshare driving.

10. The vehicle has no defects other than normal wear and tear.

11. Attached as Exhibit A is a report prepared by my attorney's office presenting the results of a Kelley Blue Book valuation inquiry performed on kbb.com on August 17, 2026.

12. The KBB inquiry used the Vehicle's VIN, its mileage of approximately 104,000 miles, its equipment, and its condition.

13. I have reviewed Exhibit A.

14. I am informed and believe that Exhibit A accurately reflects the values reported by kbb.com in response to the inquiry, and Exhibit A itself sets forth the internet address at which the valuation can be verified on kbb.com.

15. I am informed and believe that Kelley Blue Book is a published compilation of used-vehicle values that is generally relied upon by the public and by persons in the automotive trade.

16. Based on my ownership and knowledge of the Vehicle and the Kelley Blue Book report, my opinion is that the fair market value of the Vehicle as of the Petition Date was $14,740.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: August 18, 2026

/s/ Lachanta Kanane Barnes
Lachanta Kanane Barnes