# Kelley Blue Book Value Report

Prepared by the Law Office of Mike Assad using data captured from kbb.com on August 17, 2026

EXHIBIT
A

## 2022 Toyota Corolla SE Sedan 4D

| | |
|---|---|
| **VIN** | JTDP4MCE3N3502234 |
| **Mileage** | 104,000 |
| **Condition** | Good |

| | |
|---|---|
| **Private Party Value** | $13,340 – $16,190 (typical: $14,740) |




## Selections

Engine: 4-Cyl, 2.0 Liter

Transmission: Automatic, CVT w/Dynamic Shift

Drivetrain: FWD

Braking and Traction: Hill Start Assist Control, Traction Control, Stability Control, Vehicle Dynamic Control, ABS (4-Wheel)

Steering: Electric Power Steering, Tilt & Telescoping Wheel

Entertainment and Instrumentation: AM/FM Stereo, SiriusXM Satellite, Bluetooth Wireless, Safety Connect

Comfort and Convenience: Keyless Entry, Air Conditioning, Power Windows, Power Door Locks, Dynamic Cruise Control, Remote Trunk Release

Safety and Security: Backup Camera, Dual Air Bags, F&R Side Air Bags, F&R Head Curtain Air Bags, Knee Air Bags, Lane Departure Alert

Lighting: Daytime Running Lights, LED Headlamps

Wheels and Tires: Alloy Wheels

Exterior: Rear Spoiler

**Verify this valuation at:**

https://www.kbb.com/toyota/corolla/2022/se-sedan-4d/car-offers/?vehicleid=455198&mileage=104000&vin=jtdp4mce3n3502234&offeroptions=true&modalview=false&intent=trade-in-sell&pricetype=private-party&condition=Poor&iscombined=true&options=10177354%7Ctrue%7C10177351%7Ctrue%7C10177352%7Ctrue%7C10177359%7Ctrue&kbycofferid=39e64eb1-ec41-4f1b-ab32-67a06b39f86e&extcolor=black&subintent=sell&colorOptionId=10177359&entry=defymmt