IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LACHANTA KANANE BARNES<br>*FKA* LACHANTA KANANE JACKSON<br>Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>Movant,<br><br>v.<br><br>LACHANTA KANANE BARNES, and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 26-12886-djb<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW COMES, Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, and files this Objection to Confirmation to the Debtor's Chapter 13 Plan (the "Objection") filed August 18, 2026, stating as follows:

1. Respondent, Lachanta Kanane Barnes (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on July 8, 2026 (the "Petition Date").

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

3. On or about January 26, 2022, the Debtor entered into a Retail Installment Sales Contract ("Note") with the Movant for the purchase of the 2022 Toyota Corolla, VIN: JTDP4MCE3N3502234 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

4. Movant has a secured interest in the 2022 Toyota Corolla, VIN: JTDP4MCE3N3502234, as evidenced by the Certificate of Title attached hereto as **Exhibit B.**

5. The Note requires monthly payments of $582.85 at an annual interest rate of 4.99%.

6. The total debt on the Mortgage and Note as of July 8, 2026, was $17,169.19. The total pre-petition arrears due at the Petition Date was $1,401.17. These amounts are outlined in Movant's Proof of Claim that was filed August 1, 2026.

7. Debtor's Chapter 13 Plan filed August 18, 2026, proposes to cram Movant's claim down to $14,740.00 at 8.75%, for Trustee to disburse a total of $18,525.00 over the life of the Plan.

8. The Debtor's Chapter 13 Plan fails to provide treatment for Movant's Proof of Claim and therefore fails to comply with 11 U.S.C. § 1322.

WHEREFORE, Movant, Toyota Motor Credit Corporation, respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Dated: August 29, 2026

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*