SECURE TITLE ADMINISTRATION, INC. TitleExplorer

TOYOTA FINANCIAL SERVICES Search User Administration [redacted] Help (/Home/Index) Logout (/Account/Logout)

# Title Details - JTDP4MCE3N3502234

Back

## Title Information

Account No: [redacted]
Customer: BARNES LACHANTA K
VIN: JTDP4MCE3N3502234
Issue State: PA

Batch No: [redacted]
Title Number: 84406658
PA Lien Date: 3/3/2028
Title Status: DISPOSITION PERFECT

E
Electronic Title

## Discrepant Information

Owners: **BARNES LACHANTA K**
**BARNES LACHANTA K**

Co-Owners:

Lienholder: **TMCC/LEXUS ELT**
[redacted]
**TOYOTA MOTOR CREDIT COMPANY**

VIN: **JTDP4MCE3N3502234**
**JTDP4MCE3N3502234**

Vehicle Year: **2022**
**2022**

## User Information

Corrected By:

Manual By:

Dispositioned By:
AUTOMTCH

Back

© 2026 - Secure Title Administration, Inc.

SECURE TITLE ADMINISTRATION, INC. TitleExplorer

TOYOTA FINANCIAL SERVICES Search User Administration [redacted] Help (/Home/Index) Logout (/Account/Logout)

# Account Details - for [redacted]

**Account Number**
[redacted]
**Status**
ACTIVE

View Account Documents (/TitleAccount/AppXtenderViewer?accountNumbe[redacted]clientId=0005&businessUnitCode=01)

Show/Add Comments

Toyota DocLake Documents (/TitleAccount/DocLakeViewer?accountNumber[redacted]businessUnitCode=01)

Lien Extension

Request Title History

## Customer Information

| | | | |
|---|---|---|---|
| Customers: | BARNES LACHANTA K | Address: | 730 PENNELL ST<br>CHESTER, PA, 190133312 |
| Co-Owner: | | VIN: | JTDP4MCE3N3502234 |

## Account Information

| | | | | | |
|---|---|---|---|---|---|
| Account Type: | Retail | License Plate: | | Dealer: | CONICELLI TOYOTA OF SP… |
| Branch: | [redacted] | State: | | Year: | 2022 |
| Account Status: | | Vehicle Make: | TOYOTA | | |

| | | | | | |
|---|---|---|---|---|---|
| Contract Status: | ACTIVE | Account Rec'd: | 01/28/2022 | Contract Date: | 01/26/2022 |
| Title Trust: | [redacted] | Last Changed: | 07/17/2026 | Final Payment: | 09/12/2028 |
| Status: | BKRPT | | | | |

## Activities

[redacted]

AUTOMTCH
3/4/2022 9:15:46 AM VERIFICATION, PERFECT ELECTRONIC TITLE Details [redacted]

[redacted]

© 2026 - Secure Title Administration, Inc.