IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LACHANTA KANANE BARNES<br>*FKA* LACHANTA KANANE JACKSON<br>Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>Movant,<br><br>v.<br><br>LACHANTA KANANE BARNES, and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 26-12886-djb<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on August 29, 2026, I served copies of Movant Toyota Motor Credit Corporation's Objection to Confirmation to the Debtor's Chapter 13 Plan filed August 18, 2026 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Lachanta Kanane Barnes**<br>730 Pennell Street<br>Chester, PA 19013-3312 | **MICHAEL I. ASSAD**<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002 |

Service via Electronic Notification:

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*