| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Lachanta Kanane Barnes,<br><br>*Debtor*. | Case No.: 26-12886-djb<br><br>Chapter: 13 |

**Order Overruling Toyota Motor Credit Corp.'s**
**Objection to Confirmation of Chapter 13 Plan**

**AND NOW**, upon consideration of the Objection to Confirmation of Chapter 13 Plan filed by Toyota Motor Credit Corp. (ECF No. 29) and the Debtor's response, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Objection is **OVERRULED**.

Date:

________________________________
Derek J. Baker
U.S. Bankruptcy Judge