**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Lachanta Kanane Barnes,

*Debtor*.

Case No.: 26-12886-djb

Chapter: 13

## Certificate of Service

I, Michael I. Assad, certify that on August 29, 2026, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor’s Response to Toyota Motor Credit Corp.’s Objection to Confirmation of Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 29, 2026

/s/ Michael I. Assad
Michael I. Assad