**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Lachanta Kanane Barnes,<br><br>*Debtor*. | Case No. 26-12886-djb<br>Chapter 13 |

## Certificate of Service

I, Michael I. Assad, certify that on September 22, 2026, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 22, 2026

/s/ Michael I. Assad

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law