# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12886-djb |
| Lachanta Kanane Barnes, | Chapter 13 |
| Debtor. | |

## Debtor's Motion for Order to Pay Trustee

Debtor Lachanta Kanane Barnes, through her attorney, requests that the Court enter the attached form of order requiring her employer to pay the chapter 13 trustee with funds deducted from her wages.

Date: September 22, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law