# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Lachanta Kanane Barnes,

Debtor.

Case No. 26-12886-djb

Chapter 13

## Wage Deduction Order

**To:** Roberta M. Host DMD
263 N Lansdowne Ave
Lansdowne PA 09050

**Employee:** Lachanta Kanane Barnes
SSN: XXX-XX-1688

**Amount:** $243.00 per pay period

**Beginning**: October 7, 2026

**Ending**: July 23, 2031

**Trustee:** Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101

**YOU ARE HEREBY ORDERED** to deduct the Amount shown above from each of the Employee's paychecks, starting with the Beginning date and continuing through the Ending date, and to remit each deduction to the Trustee shown above. You must print the Employee's name and bankruptcy case number on each payment.

Date: **September 23, 2026**

Derek J. Baker
U.S. Bankruptcy Judge

CC: Roberta M. Host DMD