**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**
**Philadelphia Division**

| | | |
|---|---|---|
| In re<br>Lachanta Kanane Barnes | ) | Chapter 13 |
| | ) | |
| | ) | Case Number. 26-12886 |
| | ) | |
| Debtor(s) | ) | Derek J Baker |
| | ) | |

Atlas Acquisitions, LLC hereby withdraws the following proof of claim:

1. Proof of Claim Number 8

WHEREFORE, Atlas Acquisitions, LLC hereby withdraws its Proof of Claim Number 8 .

Dated: 11/19/2026

By: /s/ Avi Schild
Avi Schild
c/o UHG I LLC
294 Union St.
Hackensack, NJ 07601
(888) 762-9889